UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SOEUN SUN, <br><br> Plaintiff, <br><br> v. <br><br> FIFE POLICE DEPARTMENT, <br><br> Defendant. | CASE NO. 17-5309 RJB-DWC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This case comes before the Court on the Report and Recommendation of U.S. Magistrate Judge David W. Christel (Dkt. 17), Plaintiff's Affidavit to Stay the Case (Dkt. 18), and Plaintiff's Motion for Voluntary Dismissal (Dkt. 24). The Court has considered the Report and Recommendation, the affidavit, and pleadings filed regarding the motion, and remaining file.

This civil rights case was filed by Plaintiff, a *pro se* prisoner, who is proceeding *in forma pauperis*. On August 15, 2017, the Report and Recommendation was filed, recommending that the case be dismissed without prejudice after having given Plaintiff several opportunities to file a complaint which states a claim. Dkt. 17. The Report and Recommendation recommends that the dismissal count as a strike under 28 U.S.C. § 1915A. *Id.*

On August 25, 2017, Plaintiff filed his Affidavit to Stay the Case (Dkt. 18) asserting that he was scheduled to be released from custody on September 5, 2017, and wanted the case stayed until then. The Court construed this pleading as a motion for extension of time to file objections, and renoted the Report and Recommendation to September 15, 2017. Dkt. 19.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

On September 11, 2017, Plaintiff filed his Motion for Voluntary Dismissal, in which he moves for dismissal of the case without prejudice. Dkt. 24.

Plaintiff's Motion for Voluntary Dismissal (Dkt. 24) should be granted and the Report and Recommendation (Dkt. 17) should be adopted, in part, and the case dismissed. Due to Plaintiff's voluntary dismissal of the action, the undersigned should decline to adopt the Report and Recommendation's (Dkt. 17) recommendation that the dismissal count as a strike under 1915A. Plaintiff's Affidavit to Stay the Case (Dkt. 18) should be stricken as moot.

It is **ORDERED** that:

- Plaintiff's Motion for Voluntary Dismissal (Dkt. 24) **IS GRANTED**;
- The Report and Recommendation (Dkt. 17) **IS ADOPTED** as to the dismissal of the case without prejudice, and **IS NOT ADOPTED** as to the dismissal counting as a strike under 1915A; and
- This **CASE IS DISMISSED WITHOUT PREJUDICE**; and
- Plaintiff's Affidavit to Stay the Case (Dkt. 18) **IS STRICKEN AS MOOT**.

The Clerk is directed to send uncertified copies of this Order to Judge Christel, all counsel of record, and to any party appearing pro se at said party's last known address.

Dated this 18th day of September, 2017.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge